NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**ACME SCALE COMPANY, INC.,**
*Appellant,*

**v.**

**LTS SCALE COMPANY, LLC,**
*Appellee.*

_____

2013-1534

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Reexamination No. 95/001,401.

_____

**ON MOTION**

_____

**O R D E R**

ACME Scale Company, Inc. moves to withdraw this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

ACME SCALE COMPANY, INC. V. LTS SCALE COMPANY, LLC        2

FOR THE COURT

 /s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk

ISSUED AS A MANDATE:  August 14, 2013

s21